UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. ) | |
| ) | Crim. No. 07-10242-JLT |
| ) | |
| AGGREGATE INDUSTRIES ) | |
| NORTHEAST REGION, INC. ) | Defendant's Attorney: |
| F/K/A BARDON TRIMOUNT, ) | Tracy Miner, Esq. |
| ) | |
| Defendant. ) | ☒ Additional Documents Attached |
| ) | |

The Defendant, Aggregate Industries Northeast Region, Inc. (f/k/a Bardon Trimount) on August 27, 2007 pleaded guilty as to one count of conspiracy to defraud the Government with respect to claims in violation of 18 U.S.C. § 286, it is hereby ORDERED that:

The Defendant is sentenced to:

1. criminal fine in the amount of seven million two hundred eighty thousand dollars ($7,280,000) to be paid within one week of the date of the entry of Judgment;

2. special assessment of $400 pursuant to 18 U.S.C. 3013, which shall be paid due immediately;

3. pay $42,720,000 plus interest as directed in the Civil Settlement Agreement (attached);

4. divest itself of its Boston based asphalt plant located at 1586 Hyde Park Avenue Hyde Park, Massachusetts 02136-2458 within 180 days from the entry of Judgment;

5. employ at Defendant's expense an in-house monitor for a

period of five years from the entry of Defendant's plea or until all monies due and owing pursuant to the terms of the plea agreement are paid, but in no event shall the period of monitorship be less than three years from the entry of Defendant's plea; this monitor will be employed consistent with the terms of the FHWA settlement agreement (attached); and

6. implement a new Corporate Integrity Agreement designed to prevent future violations of the law and to institute a new corporate culture aimed at compliance with state and federal regulations consistent with the terms of the FHWA settlement agreement (attached).

7. In consideration of the Civil Settlement Agreement (attached), the Defendant organization is not required to pay a separate amount in restitution.

_8/27/07_
Date of Imposition of Judgment

_/s/ J. Tauro_
Signature of Judge

THE HONORABLE JOSEPH L. TAURO
JUDGE, UNITED STATES DISTRICT COURT

_9/19/07_
Date